

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**TYRONE TRUMBO JR. (1, 2, 3, 4, 5, 6, 7, 8, 9)**
"a/k/a" TY
**RONALD GOFF (1, 2, 8)**
**KAMAL SHAHAM (3, 4, 5, 6, 7)**

INDICTMENT

NO. 3:21-CR-125-DJH

18 U.S.C. § 2
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)
18 U.S.C. § 982(a)(7)
18 U.S.C. § 2320(a)(4)
21 U.S.C. § 331(i)(3)
21 U.S.C. § 333(a)(2)
21 U.S.C. § 333(b)(8)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 846
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

COUNT 1
(*Conspiracy to Distribute and Possess
with Intent to Distribute Controlled Substances*)

Beginning in or about October 2018 and continuing until at least July 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **TRYONE TRUMBO JR.** a/k/a TY and **RONALD GOFF**, defendants herein, conspired and agreed with each other and others, known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distributed a mixture and substance containing a detectable amount of fentanyl, also known as

N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

The Grand Jury further charges:

## COUNT 2
*(Possession With Intent to Distribute Controlled Substances)*

On or about September 5, 2019, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, **TYRONE TRUMBO JR.** a/k/a TY and **RONALD GOFF**, defendants herein, aided and abetted by each other and others, known and unknown to the Grand Jury, knowingly and intentionally possessed with intent to distribute and distributed a mixture and substance containing a detectable amount of fentanyl, also known as N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 3
*(Sale of Counterfeit Drugs – Acetaminophen Oxycodone Hydrochloride)*

Beginning in and around December 2017, and continuing until at least July 2021, in the Western District of Kentucky, and elsewhere, **TYRONE TRUMBO JR.** a/k/a TY and **KAMAL SHAHAM**, defendants herein, aided and abetted by each other and others, known and unknown to the Grand Jury, did, with intent to defraud and mislead, without

authorization from the manufacturer, cause the sale and dispensing, and the holding for sale and dispensing, of a counterfeit drug, namely counterfeit tablets, which were yellow and round, and marketed and marked with the trademark of C-230, but instead of manufacturing and selling actual C-230 Acetaminophen Oxycodone Hydrochloride tablets, the defendants sold, distributed and dispensed tablets they knew did not contain Acetaminophen Oxycodone Hydrochloride or contained drugs in addition to Acetaminophen Oxycodone Hydrochloride, and caused such drugs to be sold, distributed and dispensed as counterfeit drugs, as defined in Title 21, United States Code, Section 321(g)(2).

In violation of Title 21, United States Code, Sections 331(i)(3), 333(a)(2), and 333(b)(8) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 4
*(Sale of Counterfeit Drugs – Acetaminophen Oxycodone Hydrochloride)*

Beginning in and around January 2018, and continuing until at least July 2021, in the Western District of Kentucky, and elsewhere, **TYRONE TRUMBO JR.** a/k/a TY and **KAMAL SHAHAM**, defendants herein, aided and abetted by each other and others, known and unknown to the Grand Jury, did, with intent to defraud and mislead, and without authorization from the manufacturer, cause the sale and dispensing, and the holding for sale and dispensing, of a counterfeit drug, namely counterfeit tablets marketed and marked with the trademark of RP 10/325 which were white and round and marked with RP 10/325 but instead of manufacturing and selling actual RP 10/325 Acetaminophen Oxycodone Hydrochloride tablets, the defendants sold, dispensed and distributed tablets they knew did

not contain Acetaminophen Oxycodone Hydrochloride or contained other drugs in addition to Acetaminophen Oxycodone Hydrochloride and caused such drugs to be sold, distributed and dispensed, as counterfeit drugs, as defined in Title 21, United States Code, Section 321(g)(2).

In violation of Title 21, United States Code, Sections 331(i)(3), 333(a)(2), and 333(b)(8), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 5
*(Sale of Counterfeit Drugs – Oxycodone Hydrochloride Acetaminophen)*

Beginning in and around February 2019, and continuing until at least July 2021, in the Western District of Kentucky, and elsewhere, **TYRONE TRUMBO JR.** a/k/a TY and **KAMAL SHAHAM**, defendants herein, aided and abetted by each other and others, known and unknown to the Grand Jury, did, with intent to defraud and mislead, and without authorization from the manufacturer, cause the sale and dispensing, and the holding for sale and dispensing, of a counterfeit drug, namely counterfeit tablets marketed and marked with the trademark of 30[M], which were light blue, round and marked with 30[M], but instead of manufacturing and selling actual 30[M] Oxycodone Hydrochloride tablets, the defendants sold, distributed and dispensed tablets they knew did not contain Oxycodone Hydrochloride or contained other drugs in addition to Oxycodone Hydrochloride and caused such drugs to be sold, distributed and dispensed, as counterfeit drugs, as defined in Title 21, United States Code, Section 321(g)(2).

In violation of Title 21, United States Code, Sections 331(i)(3), 333(a)(2), and 333(b)(8) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 6
*(Sale of Counterfeit Drugs – Hydrocodone Bitartrate Acetaminophen)*

Beginning in and around January 2018, and continuing until at least July 2021, in the Western District of Kentucky, and elsewhere, **TYRONE TRUMBO JR.** a/k/a TY and **KAMAL SHAHAM**, defendants herein, aided and abetted by each other and others, known and unknown to the Grand Jury, did, with intent to defraud and mislead, and without authorization from the manufacturer, cause the sale and dispensing, and the holding for sale and dispensing, of a counterfeit drug, namely counterfeit tablets marketed and marked with the trademark of Watson 853, which were white and capsule shaped, and marked with Watson 853, but instead of manufacturing and selling actual Watson 853 Hydrocodone Bitartrate and Acetaminophen tablets, the defendants sold, distributed and dispensed tablets they knew did not contain Hydrocodone Bitartrate and Acetaminophen or contained other drugs in addition to Hydrocodone Bitartrate and Acetaminophen and caused such drugs to be sold, distributed and dispensed, as counterfeit drugs, as defined in Title 21, United States Code, Section 321(g)(2).

In violation of Title 21, United States Code, Sections 331(i)(3), 333(a)(2), and 333(b)(8), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 7
*(Sale of Counterfeit Drugs – Xanax)*

Beginning in and around January 2018, and continuing until at least July 2021, in the Western District of Kentucky, and elsewhere, **TYRONE TRUMBO JR.** a/k/a TY and **KAMAL SHAHAM**, defendants herein, aided and abetted by each other and others, known and unknown to the Grand Jury, did, with intent to defraud and mislead, and without authorization from the manufacturer, cause the sale and dispensing, and the holding for sale and dispensing, of a counterfeit drug, namely counterfeit tablets marketed and marked with the trademark of Xanax®, which were light blue, round and marked with Xanax®, but instead of manufacturing and selling actual Xanax® Alprazolam tablets, the defendants sold, dispensed and distributed tablets they knew did not contain Alprazolam or contained other drugs in addition to Alprazolam, and caused such drugs to be sold, distributed and dispensed, as counterfeit drugs, as defined in Title 21, United States Code, Section 321(g)(2).

In violation of Title 21, United States Code, Sections 331(i)(3), 333(a)(2) and 333(b)(8), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 8
*(Using Counterfeit Mark in Connection with Trafficking Drugs)*

Beginning in and around January 2018, and continuing until at least July 2021, in the Western District of Kentucky, and elsewhere, **TYRONE TRUMBO JR.** a/k/a TY and **RONALD GOFF**, defendants herein, aided and abetted by each other and others, known

and unknown to the Grand Jury, did traffic in counterfeit drugs, using a counterfeit mark that falsely represented what such drug was including: Oxycodone, Hydrocodone, and Xanax, among others.

In violation of Title 18, United States Code, Sections 2320(a)(4) and 2.

The Grand Jury further charges:

## COUNT 9
*(Possession of Firearm by Prohibited Person)*

On or about July 13, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **TYRONE TRUMBO JR.** a/k/a TY, defendant herein, with knowledge that he had been previously convicted of the following crimes punishable by imprisonment for a term exceeding one year:

> On or about July 10, 2019, in Jefferson Circuit Court, Jefferson County, Kentucky, Case Number 19-CR-001873, **TYRONE TRUMBO** a/k/a TY, was convicted of Possession of a Controlled Substance in the First Degree – Heroin.

> On or about July 6, 2015, in Jefferson Circuit Court, Jefferson County, Kentucky, Case Number 15-CR-001816, **TYRONE TRUMBO** a/k/a TY, was convicted of Trafficking in a Controlled Substance in the First Degree – Cocaine.

did knowingly possess, in and affecting commerce, a firearm, to wit, an AK-47 Rifle bearing serial number NPDF003966.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

As a result of committing offenses in Title 21, United States Code, Sections 841 and 846, and Title 18, United States Code, Sections 922(g)(1), 924, and 2320 as alleged in this Indictment, felonies punishable by imprisonment for more than one year, **TYRONE TRUMBO**, a/k/a TY,

7

**RONALD GOFF** and **KAMAL SHAHAM**, defendants herein, shall forfeit to the United States any and all property constituting or derived from any proceeds the defendants obtained, directly or indirectly, as the result of such violations, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment, and any property involved in or traceable thereto, including but not limited to the firearm described herein.

Pursuant to Title 18, United States Code, Sections 853, 924(d), and 982(a)(7), and Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461.

A TRUE BILL.

FOREPERSON

_____
MICHAEL A. BENNETT
ACTING UNITED STATES ATTORNEY

MAB:LJW:20210922

UNITED STATES OF AMERICA v. **TYRONE TRUMBO**, a/k/a **TY**, **RONALD GOFF**, and **KAMAL SHAHAM**

## PENALTIES

Counts 1, 2:  NL 5yrs. – NM 40 yrs./$5,000,000/both/NL 4 yrs. Supervised Release (Each Count)
          (With prior felony drug offense:  NL 10 yrs. – NM life/$8,000,000/NL 8 yrs. Supervised Release)
Counts 3-7: Pursuant to 333(a)(2) NM 3yrs./$10,000 fine/both/NM 3 yrs. Supervised Release
          Pursuant to 333(b)(8): NM 10yrs./$250,000 /both/NM 3 yrs. Supervised Release
Count 8: NM 10yrs./$2,000,000 /both/NM 3 yrs. Supervised Release
Count 9: NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

|  | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:  Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202
502/625-3500

BOWLING GREEN:  Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY 42101
270/393-2500

OWENSBORO:  Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY 42301
270/689-4400

PADUCAH:  Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY 42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.