Case 3:21-cr-00125-DJH   Document 2   Filed 09/22/21   Page 1 of 1 PageID #: 11



# Case Assignment
# Standard Criminal Assignment

Case number **3:21CR-125-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 9/22/2021 12:47:12 PM
Transaction ID: 60436

Request New Judge      Return