FILED
JAMES J. VILT, JR. - CLERK
SEP 22 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | 3:21-cr-125-DJH |
| TYRONE TRUMBO, JR. "a/k/a" TY<br>RONALD GOFF<br>KAMAL SHAHAM | DEFENDANTS |

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Lettricea Jefferson-Webb hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

Lettricea Jefferson-Webb
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-6480
FAX:  (502) 582-5067
Email: Lettricea.Jefferson-Webb@usdoj.gov