**FILED**

JAMES J. VILT, JR. - CLERK

**SEP 22 2021**

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.                                        CRIMINAL ACTION NO. 3: 21-CR-125-DJH

**TYRONE TRUMBO, JR.**                                        DEFENDANTS
"a/k/a" TY
**RONALD GOFF**
**KAMAL SHAHAM**

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, Lettricea Jefferson-Webb, Assistant

United States Attorney for the Western District of Kentucky, and moves the Court pursuant to

Rule 6(e), Federal Rules of Criminal Procedure, to order and direct that the indictment returned by

the Federal Grand Jury this September 22, 2021, charging the above-named defendants with

violations of Title 21, United States Code, Sections 331(i)(3), 333(a)(2), 333(b)(8), 841(a)(1),

841(b)(1)(A), and 846, and Title 18, United States Code, Sections 2, 922(g)(1), 924(a)(2), 924(d),

and 2320(a)(4) be kept secret until the first defendant is in custody, or has given bail, or the warrant

for arrest is returned unexecuted, and to further order that until the first defendant is in custody, or

has given bail, or the warrant for arrest is returned unexecuted, that no person disclose the return

of the indictment, or any warrant or order issued pursuant thereto except as necessary for the

issuance and execution of warrants for the arrest of the defendants.

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

Lettricea Jefferson-Webb
Assistant United States Attorney