UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA      PLAINTIFF

vs.      CRIMINAL ACTION NO. 3:21-CR-125-DJH

TYRONE TRUMBO, JR.      DEFENDANTS
"a/k/a" TY
RONALD GOFF
KAMAL SHAHAM

## ORDER

The Indictment returned by the Federal Grand Jury charging the above-named defendants with a violations of Title 21, United States Code, Sections 331(i)(3), 333(a)(2), 333(b)(8), 841(a)(1), 841(b)(1)(A), and 846, and Title 18, United States Code, Sections 2, 922(g)(1), 924(a)(2), 924(d), and 2320(a)(4), is hereby ORDERED to be kept secret until the first defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and no person shall disclose the return of this indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrants for the arrest of the defendants.

This 22nd day of September, 2021.

_____
Colin H. Lindsay
United States Magistrate Judge

**ENTERED**
JAMES J. VILT, JR. - CLERK

SEP 22 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY