UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                      PLAINTIFF


v.                                               CRIMINAL NO. 3:21-CR-125-DJH


TYRONE TRUMBO                                                  DEFENDANT


PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
*Electronically Filed*

Petitioner, United States of America, by counsel, respectfully shows to this Honorable

Court that Tyrone Trumbo is now confined in the Jefferson County Corrections, Louisville,

Kentucky, under authority of the Jailer, and in accordance with the laws thereof, having been

convicted of an offense against the laws of the State of Kentucky by virtue of which sentence the

Jailer of said Jefferson County Corrections, now holds the said Tyrone Trumbo.

Your petitioner avers that a criminal proceeding is now pending in the United States

District Court for the Western District of Kentucky, at Louisville, Kentucky, charging him with a

violations of Title 18, United States Code, Sections 2, 922(g)(1), 924(a)(2), and 924(d),

982(a)(7), 2320(a)(4) and Title 21, United States Code, Section 331(i), 333(a)(2), 333(b)(8),

841(a)(1), 841(b)(1)(A), 846, which action will be called for arraignment before this Honorable

Court on  November 9, 2021 at 1:00 pm via video conference,  at Louisville, Kentucky.

WHEREFORE, your petitioner prays that this Honorable Court forthwith order a writ of

habeas corpus ad prosequendum to issue from this Court to the United States Marshal for the

Western District of Kentucky, and the Louisville Metro Department of Corrections, Louisville,

Kentucky,  requiring them to produce the body of the said Tyrone Trumbo on or before the 9th

day of November, 2021, at 1:00 pm via video conference, at Louisville, Kentucky, and to remain

in federal custody until final resolution of this case, for the purpose of defending, if he wishes,

against said prosecution.

<div style="margin-left: 45%;">

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

s/ *Lettricea Jefferson-Webb*
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky  40202
PH:  (502) 582-5911
Fax: (502) 582-5067

</div>

DATE: October 26, 2021