UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                                              CRIMINAL NO. 3:21-CR-125-DJH

TYRONE TRUMBO                                                               DEFENDANT

WRIT OF HABEAS CORPUS
AD PROSEQUENDUM

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF KENTUCKY, AND THE JAILER OF THE JEFFERSON COUNTY CORRECTIONS, LOUISVILLE, KENTUCKY, GREETINGS:

We command that you have the body of Tyrone Trumbo, now detained in the Jefferson County Corrections, Louisville, Kentucky, under your custody as it is said, under safe and secure conduct on or before the 9th day of November, 2021, by 1:00 pm via video conference at Louisville, Kentucky, for appearance before the Judge of our District Court within and for the District aforesaid, and to remain in federal custody until final resolution of this case, for the purpose of defending, if he wishes, charges against him now pending in this Court, and after conclusion of said cause, that you return him to the said Jefferson County Corrections, Louisville, Kentucky under safe and secure conduct, and have you then and there this writ.

October 27, 2021

**David J. Hale, Judge**
**United States District Court**

cc:   United States Attorney (LJW)
      Counsel for defendant
      United States Marshal