UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                                    Criminal Action No. 3:21CR-125-DJH

TYRONE TRUMBO,                                                                            Defendant.

\* \* \* \* \*

## ORDER FOLLOWING ARRAIGNMENT

This case was called on November 9, 2021, via video conference for initial appearance and arraignment. The Defendant appeared in custody from Grayson County Detention Center. Rob Eggert, retained counsel, appeared on behalf of the Defendant. Assistant United States Attorneys Lettricea Jefferson-Webb and Marisa J. Ford appeared on behalf of the United States of America. The proceeding was digitally recorded.

The Defendant, through counsel, consented to proceed with hearing via video conference.

The Court reminded the United States of its prosecutorial obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), and the consequences of violating the same.

The Defendant was advised of his rights. The Defendant, by counsel, acknowledged his identity. He further acknowledged having been furnished a copy of the Indictment and advised of the nature of the charges contained therein. Counsel, on behalf of Defendant, waived formal reading of the Indictment and entered a plea of **NOT GUILTY** to the charges contained therein.

The United States moved for detention. Accordingly,

**IT IS HERBY ORDERED** that a detention hearing is scheduled for **November 18, 2021, at 3:00 p.m.** via video before the undersigned. The Defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

1

**IT IS FURTHER ORDERED** that a telephonic status conference is scheduled for **December 8, 2021 at 10:00 a.m.** before the Honorable David J. Hale, United States District Judge. Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187#.

cc: Jury Administrator

November 12, 2021
:15

Colin H Lindsay, Magistrate Judge
United States District Court