UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                             **PLAINTIFF**

v.                                                                   **CRIMINAL NO. 3:21-CR-00125-DJH**
                                                                               *Filled Electronically*

**TYRONE TRUMBO, JR.**
**RONALD GOFF**
**KAMAL SHAHAM**                                                           **DEFENDANTS**

<u>NOTICE OF SUBSTITUTION OF COUNSEL</u>

Assistant United States Attorney Marisa J. Ford hereby enters her appearance of record on behalf of the United States of America. Please remove Lettricea Jefferson-Webb as counsel of record in the above-styled case and she should also be removed from the electronic notification process.

                                                                         Respectfully submitted,

                                                                         MICHAEL A. BENNETT
                                                                         Acting United States Attorney


                                                                         <u>/s/ Marisa J. Ford</u>
                                                                         Marisa J. Ford
                                                                         Assistant United States Attorney
                                                                         717 West Broadway
                                                                         Louisville, Kentucky 40202
                                                                         (502) 582-5930