**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**vs.**                          **CRIMINAL ACTION NO. 3:21-CR-125-DJH**

**TYRONE TRUMBO**                                                  **DEFENDANT**

## ORDER

This matter came before the Court on November 18, 2021 via video conference for a detention hearing. Assistant United States Attorney Marisa J. Ford appeared on behalf of the United States. The defendant appeared in custody at the Grayson County Detention Center. Rob Eggert, retained counsel, appeared on behalf of the defendant. The hearing was digitally recorded.

The defendant, through counsel, consented to proceed with detention hearing via video conference.

The defendant, through counsel, elected to waive his right to a detention hearing at this time while reserving the right to move for a detention hearing at a later time. Accordingly,

**IT IS HEREBY ORDERED** that the defendant is remanded to custody of United States Marshals Service pending further order of the Court.

0|10                 November 22, 2021

_Colin Lindsay_

Colin H Lindsay, Magistrate Judge
United States District Court

1