UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                    Plaintiff,

v.                                                                   Criminal Action No. 3:21-cr-125-DJH

TYRONE TRUMBO, JR.,
RONALD GOFF, and
KAMAL SHAHAM,                                                                                Defendants.

\* \* \* \* \*

**MEMORANDUM OF CONFERENCE**

A telephonic status conference was held in this matter on February 16, 2022, with the following counsel participating:

| | |
|---|---|
| For the United States: | Marisa Ford |
| For Defendants: | Tricia Lister<br>Eric Weber<br>Morgan Paul Rueckert<br>John Caudill |

The Court and counsel discussed the procedural posture of the case, which was previously declared complex.  (Docket No. 27)  Counsel for the United States informed the Court that she anticipates filing a motion to continue the trial.  Counsel for Defendants had no objection to the proposed continuance.

February 16, 2022

David J. Hale, Judge
United States District Court

Court Time: 00/10
Court Reporter: Dena Legg

1