**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                                                                          **PLAINTIFF**

**v.**                                                                                           **CRIMINAL NO. 3:21-CR-00125-DJH**

**TYRONE TRUMBO, JR.**
**RONALD GOFF**
**KAMAL SHAHAM**                                                                                                   **DEFENDANTS**

### UNOPPOSED MOTION TO CONTINUE TRIAL

Comes the United States of America, by counsel, and moves the Court to continue the trial set to begin on March 28, 2022. [DN 34]. The Defendants have advised that they are not opposed to a continuance of the trial.

As grounds for its motion, the United States submits that it intends to present a Superseding Indictment in this case to one of the grand juries sitting in March 2022. If the grand jury returns a Superseding Indictment, proceeding to trial on March 28, 2022, would be contra the provision of the Speedy Trial Act which provides that trial may not begin less than 30 days from the date on which the defendant first appears in court, unless the defendant agrees in writing to an earlier date. 18 U.S.C. §3161(c)(2). A Superseding Indictment adding an additional defendant would restart the 30 day trial preparation clock.

In addition, this case was previously declared complex. [DN 27}. Some of the defendants have expressed an interest in attempting to resolve the case without a trial and need additional time to engage in such discussions with the United States. Finally, the undersigned, who was recently assigned to this complex case, has determined that there are additional items to be produced in discovery.

For the foregoing reasons, a continuance of the trial now scheduled for March 28, 2022, is in the interests of justice and outweighs the best interests of the public and the defendants in a speedy trial because it would be unreasonable to expect adequate preparation for the trial within the limits established by the Speedy Trial Act.  See 18 U.S.C. 3162(h)(7)(A) and (B)(ii).

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney


*/s/ Marisa J. Ford*_____
Marisa J. Ford
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5930
marisa.ford@usdoj.gov