UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**v.**                            **CRIMINAL NO. 3:21-CR-00125-DJH**

**TYRONE TRUMBO, JR.**
**RONALD GOFF**
**KAMAL SHAHAM**                                                        **DEFENDANTS**

## **ORDER**

This matter is before the Court on the unopposed motion of the United States to continue the trial of this matter set for March 28, 2022.

The Court having considered the motion, and being otherwise sufficiently advised,

**IT IS ORDERED** that the motion to continue and remand the case from the March 28, 2022 trial docket is **GRANTED**.