CASE 3:21-Cr-00125-DJH

FILED
JAMES J. VILT, JR. - CLERK
APR 11 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

I Tyrone Trumbo. Jr is writting this letter to the clerk, If you can send me a copy of my Dockett sheet please, and thank you. Im Currently Located at Grayson Canty Detention Center, 320 SHAW STATION RD Leitchfeild Kentucky 42754.

Sincerly Tyrone Trumbo. Jr
# 229541

Tyrone Trumbo, Jr
Grayson County Detention Center
320 shaw Station RD
Leitchfield Kentucky 42754

LOUISVILLE KY 400
8 APR 2022 PM 1 L



GRAYSON COUNTY DETENTION CENTER

GRAYSON COUNTY DETENTION CENTER

Clerk, U.S. District Court
106 Gene Snyder U.S. Court hse
601 West broadway
Louisville, Ky 40202

FILED
JAMES J. VILT, JR. - CLERK
APR 11 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

40202-224999