# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
### (electronically filed)

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| V. | CASE 3:21-cr-00125-DJH-1 |
| **TYRONE TRUMBO** | **DEFENDANT** |

## MOTION FOR DETENTION HEARING

Comes the defendant, Tyrone Trumbo, through counsel, Rob Eggert, and moves this Court to hold a Detention Hearing in the above-styled case. In support of this motion, the defendant states the following:

1. The defendant specifically reserved his right to a Detention Hearing at arraignment.
2. He has essentially served out his state court sentence.
3. Counsel would now move that a Detention Hearing be scheduled in the above-styled case.

WHEREFORE, counsel respectfully requests that the Court enter the Order attached hereto.

**Respectfully submitted**,

/s/ *Rob Eggert*
**ROB EGGERT**
600 West Main Street
Suite 200
Louisville, Kentucky 40202
(502) 540-5700

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on April 27th, 2022, the foregoing motion was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all of the attorneys of record.

/s/   *Rob Eggert*
**Rob Eggert**
