**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(electronically filed)**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**V.**                                                                                        **CASE 3:21-cr-00125-DJH-1**

**TYRONE TRUMBO**                                                                **DEFENDANT**

**ORDER**

Motion having been made, and with this Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the foregoing motion is GRANTED.

IT IS HEREBY ORDERED that a Detention Hearing shall be held in the above-styled case on the _____ day of _____, 2022, at _____.