## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**                                     **CRIMINAL ACTION NO. 3:21CR-125-DJH**

**TYRONE TRUMBO, JR.**                                          **DEFENDANT**

### ORDER OF RECUSAL

This matter has been referred to the Magistrate Judge by Order of the District Judge.

Upon review of this matter and on the Court's own motion, the undersigned hereby **RECUSES**

himself from the above-styled action pursuant to 28 U.S.C. § 455.

May 20, 2022

Colin H Lindsay, Magistrate Judge
United States District Court

cc:   Counsel of Record
       CM - Judge Hale