UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:21-cr-125-DJH |
| TYRONE TRUMBO, JR. and RONALD GOFF, | Defendants. |

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on May 20, 2022, with the following counsel participating:

| | |
|---|---|
| For the United States: | Marisa Ford |
| For Defendants: | Rob Eggert<br>Ashlea Hellmann |

The Court and counsel discussed the procedural posture of the case, which was previously declared complex. (Docket No. 27) The United States informed the Court that it does not intend to add any defendants to this matter via a superseding indictment. The parties also agreed to set a final pretrial conference. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that, by agreement of the parties, a final pretrial conference is **SET** for **June 2, 2022, at 1:30 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky. The parties should notify the Court prior to the conference if they wish to convert it to a change-of-plea hearing.

May 20, 2022

Court Time: 00/05
Court Reporter: Dena Legg

David J. Hale, Judge
United States District Court