**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(electronically filed)**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **V.** | **CASE 3:21-cr-00125-DJH** |
| **TYRONE TRUMBO** | **DEFENDANT** |

**ORDER**

Motion having been made, and with this Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the foregoing motion is GRANTED.

IT IS HEREBY ORDERED that a Detention Hearing shall be held in the above-styled case on **June 8, 2022 at 2:00 p.m. via video conference** before the Honorable Regina S. Edwards, United States Magistrate Judge.

Regina S. Edwards, Magistrate Judge
United States District Court

June 1, 2022