UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**FILED**
JAMES J. VILT, JR. - CLERK
JUN -1 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**TYRONE D. TRUMBO JR.**
  a/k/a **LIL TY**
**RONALD GOFF**

SUPERSEDING INDICTMENT

NO.   3:21-CR-000125-DJH
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)(1)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(a)(2)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 846
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
*(Distribution of a Controlled Substance)*

On or about March 11, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **TYRONE D. TRUMBO, JR.** a/k/a LIL TY, defendant herein, did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, also known as N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 2
*(Distribution of a Controlled Substance)*

On or about June 10, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **TYRONE D. TRUMBO, JR.** a/k/a LIL TY, defendant herein, did knowingly and intentionally distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, also known as N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 3
*(Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances)*

Beginning in or about October 2020, and continuing to on or about July 4, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **TRYONE D. TRUMBO JR.** a/k/a **LIL TY** and **RONALD GOFF**, defendants herein, conspired and agreed with each other to knowingly and intentionally possess with intent to distribute and distribute a mixture and substance containing a detectable amount of fentanyl, also known as N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 846.

The Grand Jury further charges:

## COUNT 4
*(Possession With Intent to Distribute A Counterfeit Substance)*

On or about July 13, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **TYRONE D. TRUMBO, JR.** a/k/a LIL TY, defendant herein, knowingly and intentionally possessed with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, also known as N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812, the labeling of which, without authorization, bore the identifying mark, imprint, number, and likeness of Acecaminophen/oxycodone supplied by Alvogen, Inc., a manufacturer and distributor of controlled substances, which did not, in fact, manufacture and distribute such substance, and which substance was thereby falsely purported and represented to be the product of and to have been distributed by an authorized manufacturer and distributor.

In violation of Title 21, United States Code, Section 841(a)(2) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 5
*(Possession of Firearm by Prohibited Person)*

On or about July 13, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **TYRONE D. TRUMBO JR.** a/k/a LIL **TY**, defendant herein, with knowledge that he had been previously convicted of the following crimes punishable by imprisonment for a term exceeding one year:

On or about July 10, 2019, in Jefferson Circuit Court, Jefferson County, Kentucky, Case Number 19-CR-001873, **TYRONE TRUMBO** a/k/a **TY**, was convicted of Possession of a Controlled Substance in the First Degree – Heroin.

On or about July 6, 2015, in Jefferson Circuit Court, Jefferson County, Kentucky, Case Number 15-CR-001816, **TYRONE TRUMBO** a/k/a **TY**, was convicted of Trafficking in a Controlled Substance in the First Degree – Cocaine.

did knowingly possess, in and affecting commerce, a firearm, to wit, an AK-47 Rifle bearing serial number NPDF003966.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

As a result of committing offenses in Title 21, United States Code, Sections 841 and 846, and Title 18, United States Code, Sections 922(g)(1) and 924, as alleged in this Indictment, felonies punishable by imprisonment for more than one year, **TYRONE D. TRUMBO**, a/k/a **LIL TY**, and **RONALD GOFF**, defendants herein, shall forfeit to the United States any and all property constituting or derived from any proceeds the defendants obtained, directly or indirectly, as the result of such violations, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment, and any property involved in or traceable thereto, including but not limited to the firearms described herein.

Pursuant to Title 18, United States Code, Sections 924(d), and Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461.

A TRUE BILL.

Redacted

FOREPERSON

*[signature]*
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:MJF:20220531

UNITED STATES OF AMERICA v. **TYRONE D. TRUMBO, JR.** a/k/a **LIL TY**, and **RONALD GOFF**

## PENALTIES

Count 1: NL 5yrs. – NM 40 yrs./$5,000,000/both/NL 4 yrs. Supervised Release
    (With prior felony drug offense: NL 10 yrs. – NM life/$8,000,000/NL 8 yrs. Supervised Release)
Count 2: NL 10yrs. – NM life/$10,000,000/both/NL 5 yrs. Supervised Release
    (With prior felony drug offense: NL 15 yrs. – NM life/$20,000,000/NL 10 yrs. Supervised Release)
Count 3  NM 20yrs./$1,000,000/both/NL 3 yrs. Supervised Release
    (With prior felony drug offense: NM 30 yrs./$2,000,000 fine/both/NL 6 yrs. Supervised Release
Count 4: NL 5yrs. – NM 40 yrs./$5,000,000/both/NL 4 yrs. Supervised Release
    (With prior felony drug offense: NL 10 yrs. – NM life/$8,000,000/NL 8 yrs. Supervised Release)
Count 5: NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Forfeiture

## N O T I C E

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

<u>Failure to pay fine as ordered may subject you to the following</u>:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.