**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NO. 3:21-CR-125-DJH** |
| **TYRONE D. TRUMBO, JR.** | **DEFENDANT** |

**O R D E R**

This matter came before the Court, by video, on June 8, 2022, for arraignment on the Superseding Indictment and a bond hearing. The United States was represented by Marisa J. Ford, Assistant United States Attorney. The defendant, Tyron D. Trumbo, Jr., appeared, in custody, with Patrick J. Renn on behalf of Rob Eggert, retained counsel. The proceedings were digitally recorded.

Through counsel, the defendant waived formal reading of the Superseding Indictment and entered a plea of **NOT GUILTY**. This matter shall remain on the Court's docket as scheduled for an in-person status conference on **June 22, 2022 at 9:30 a.m.** before the Honorable David J. Hale, United States District Judge.

The Court having heard arguments from counsel as to the matter of detention and for the reasons fully stated on the record,

**IT IS HEREBY ORDERED** that the defendant be detained and remanded to the custody of the United States Marshal pending further order of the Court.

Date: June 8, 2022

**ENTERED BY ORDER OF THE COURT**
**REGINA S. EDWARDS**
**UNITED STATES MAGISTRATE JUDGE**
**JAMES J. VILT, JR.,   CLERK**
  By:  */s/ Ashley Henry,* **Deputy Clerk**

cc:    United States Attorney
       United States Probation
       Counsel for Defendant

0 | 45