UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                                  Criminal Action No. 3:21-cr-125-DJH

TYRONE TRUMBO, JR. and
RONALD GOFF,                                                                              Defendants.

\* \* \* \* \*

**MEMORANDUM OF CONFERENCE AND ORDER**

A telephonic status conference was held in this matter on July 6, 2022, with the following counsel participating:

    For the United States:    Marisa Ford

    For Defendants:    Ashlea Hellmann
                            Tricia Lister

The Court and counsel discussed the procedural posture of the case, which was previously declared complex. (Docket No. 27) Counsel for Defendant Tyrone Trumbo, Jr. informed the Court that a plea agreement has been reached. Counsel for Defendant Ronald Goff advised the Court that additional time was needed to discuss a plea agreement. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

    **ORDERED** as follows:

(1)    By agreement of the parties, this matter is **SET** for a change-of-plea hearing as to Defendant Tyrone Trumbo, Jr. on **August 15, 2022, at 10:30 a.m.** at the Gene Snyder U.S Courthouse in Louisville, Kentucky.

(2) By agreement of the parties, this matter is hereby **SCHEDULED** for an in-person status conference as to Defendant Ronald Goff on **August 15, 2022, at 11:30 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(3) The trial of this matter, currently set for September 20, 2022, and all attendant pretrial deadlines are **REMANDED** from the Court's docket as to Defendant Tyrone Trumbo, Jr. The jury trial and associated pretrial dates and deadlines will remain in place as previously established as to Defendant Ronald Goff. (*See* Docket No. 66)

July 6, 2022

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

cc: Jury Administrator