UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                                          CRIMINAL NO. 3:21CR-00125-DJH

TYRONE D. TRUMBO, JR.                                                                    DEFENDANT

## MOTION FOR PRELIMINARY ORDER OF FORFEITURE

The United States respectfully requests that the Court enter the attached Preliminary Order of Forfeiture. As explained below, the preliminary order is necessary to protect the United States' ability to collect forfeited property and to protect third parties who may have competing interests in that property.

On August 15, 2022, the defendant pled guilty to violations of 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2), 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(a)(2), 21 U.S.C. § 841(b)(1)(B), 21 U.S.C. § 841(b)(1)(C), and 21 U.S.C. § 846, as charged in Counts 1, 3, 4, and 5 of the Superseding Indictment. Pursuant to the plea agreement, the defendant agreed to forfeit the property described in the Notice of Forfeiture in the Superseding Indictment and the attached proposed Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461. The sentencing is currently scheduled for November 14, 2022.

The Preliminary Order of Forfeiture begins the process of collecting the property authorized by 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461. The proposed order sets out the facts justifying the forfeiture of defendant's property, permits the United States Marshals Service, or any duly authorized law enforcement agency to secure the property, and describes the procedure governing the ancillary proceedings in which innocent third parties may

assert ownership claims to the forfeited property. 21 U.S.C. § 853; Fed. R. Crim. P. 32.2. Until the Court enters a preliminary order of forfeiture, the law prevents third parties from defending their interests in the forfeited property. 21 U.S.C. § 853(k). Approval of the preliminary order is likewise a prerequisite to the United States' ability to conduct necessary discovery and seek the forfeiture of substitute assets, if such forfeiture is necessary. 21 U.S.C. § 853(m)-(p).

Accordingly, the United States requests that the Court enter the attached proposed Preliminary Order of Forfeiture.

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

s/ *Marisa J. Ford*
Marisa J. Ford
Assistant U.S. Attorney
717 W. Broadway
Louisville, Kentucky 40202
(502) 582-5911