UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
(electronically filed)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | Criminal Action No. 3:21-cr-125-DJH |
| TYRONE D. TRUMBO, JR. | DEFENDANT |

**UNOPPOSED MOTION TO
CONTINUE SENTENCING DATE**

Comes the Defendant, Tyrone Trumbo, through counsel, Rob Eggert, and respectfully asks this Honorable Court to continue the sentencing date in the above styled matter currently set for November 14, 2022. There are issues with Mr. Trumbo's criminal history, requests for variance, and family history that need a little more time to investigate and resolve. For this reason, Mr. Trumbo also requests an extension of the deadline for the sentencing memo. A continuance of 30 days is requested. AUSA Marisa Ford, counsel for the United States in this matter, has been consulted regarding this request and has no objection to a continuance. This delay is not being sought for improper purposes and will not cause prejudice to either party. The parties apologize for any inconvenience to the Court.

**Respectfully submitted,**

*s/ Rob Eggert*
ROB EGGERT
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
Counsel for Mr. Trumbo

## CERTIFICATE OF FILING

  I hereby certify that on November 1, 2022, the foregoing motion was electronically-filed with the Clerk of the Court by using the CM/ECF system which will automatically send notice to all attorneys of record.

                   *s/ Rob Eggert*
                   ROB EGGERT