**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
(electronically filed)

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**V.**                                                                 **CASE 3:21-cr-00125-DJH-1**

**TYRONE TRUMBO**                                                                 **DEFENDANT**

## ORDER

Motion having been made, and with this Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the foregoing motion is GRANTED.

IT IS HEREBY ORDERED that the Sentencing Hearing in the above-styled case shall be continued to the _____ day of _____ at _____.