### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE
(electronically filed)

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v. | CASE 3:21-cr-00125-DJH-1 |
| **TYRONE TRUMBO** | **DEFENDANT** |

### NOTICE OF SUBMISSION OF LETTERS

Comes now the defendant, Tyrone Trumbo, by counsel, Rob Eggert, and hereby submits the attached letters of support.

> Respectfully submitted,
>
> /s/   Rob Eggert
> **ROB EGGERT**
> 600 West Main Street
> Suite 200
> Louisville, Kentucky 40202
> (502) 540-5700

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 7, 2022, the foregoing notice was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all of the attorneys of record.

> /s/   Rob Eggert
> **ROB EGGERT**