1.

Dear Judge,

My name is Paris Christmon, I am the niece of Tyrone Trumbo. During my life he has always been there for me. My uncle is a very caring person, he has supported me and my mother when others couldn't, He was always there when my grandmother needed him. And during his lifetime he has always tried his hardest as a father for his children, even now when he is not with them he is always providing them with the love and care they need. My uncle has made a mistake but that will never stop him being a wonderful father and uncle to me, He will always be one of the most generous people in my heart.

If you could please give him one more chance, I know he will do better and show the world how much of a wonderful person he is. He understands his and regrets his lawlessness. And he is willing and ready to learn from his mistakes, if there's anyone who could it would definetly be him, Because he is the most strong willed man I know.

2

I request for you to show leniency on me and my family. My uncle is the backbone of our family, and always will be. And words can it explain him and how we care about him. He is ready to take Judgement as he knows every action comes with consequences. We love him very much. And a long extended days in Jail will be harmful to everyone in the family.

I hope you will consider my request and oblige me.

Thank you for your support and kindness

Yours Sincerely, Paris Christmon

Dear Your Honor,

My name is Shannon Christman I'm Tyrone Trumbo mother. I'm writing in regards of my son.
 It's been really been hard on our family and his kids not having Tyrone home. I'm trying so hard to keep the family together. And to make sure his kids stay together as a family. I'm disable and my mother is declading very fast from cancer. Tyrone was the one who took care of doctors appointment for me and her. I did the best that i could of raiseing him. But I also made a lot of bad decision. I feel like i failed. Cause of his not having me around full time. To have Tyrone home would be a blessing to his kids and his grandmother before her passing. Thank you.

To Whom this may Concern

Im writing this letter on the behalf of Tyrone Trumbo Jr. my fiancé and the father of my children. Me and Ty as we call him has known each other and been together off and on for 18 years. Ty has always been a family man even before we created our own. He has always been a provider for his family. Anyone who knows Ty knows that he would give you the shirt off his back if you needed it which is what made me fall in love with him. From day one of me becoming pregnant at 22 with our first child hes always been there every doctors appt. and both deliveries he was there for us hes never missed a beat. Even after becoming young parents Ty made sure his family was a priority working multiple jobs at a time and cutting hair to make sure he provided for our family. With my family being small and having no family support he was everything to us a great father a good friend and my person. It was just the four of us. The person I depended on to watch our kids while I went to work or school. The person I could depend on to get the kids

to and from school. The only person I have to help me with our children. Now that hes gone life has been hard for us. My kids are hurting and struggling and are different now that hes gone. I cant get or keep a job because I dont have the support I need to be able to work + get the kids from school. Our son doesn't have a male figure ~~as a good grown dad~~ that he needs as a 13 year old young man in this cold and crazy world we live in. He doesn't have his father on the side lines cheering him on at his ~~feet~~ football games that he's never missed. He doesn't have anyone to teach him how to be a man and it scares me to know that my daughter doesn't have her tik tok buddy they loved making tik toks together me not so much. She asked me a while back when was he coming home because she couldn't wait to go to the daddy daughter dance again. Every day is a struggle for us mentally and emotionally especially for me with both kids having ADHD + ODD and me being their only support I know what he did was wrong but I also know that Ty has a

big heart and is a good person who has made a bad decision. I've grown up with Ty we had our up and downs. We've seen the good, bad and ugly in each other but nobodies perfect and even though making bad desicions come with consequences everyone deserves a second chane to right their wrongs especially when you take accountability for your actions and at some point in our lives somebody has given us a second chance to become better people who made us who we are today.

dear Judge i just turned 12 yrs old so i know what my dad did was wrong but i do know that my dad is a good man with a big heart. My dad would always come to my games and cheer me on which made me unstoppable since hes been gone I dont have no one there for me my dad would cut my hair or take me to the barber shop and we would hang out w/o my mom + sister and we would have so much fun together. we would play madden together on my ps4 or we would through the football outside if the weather was nice he always did things for us and with us he always made sure we ~~was~~ were ok and happy now that he is gone things arent the same and i just wish he could come home to be with us so we can feel complete again.

Dear Judge

My dad is not a bad guy he used to take me to school every day he wounld make tiktoks with me we had so much fun. He wounld tell me how pretty I was when I get my hair done and make me smile. Now that hes not home sometimes I get sad because I wish he was here with us. I love my daddy and he loves me and I hope he can come home soon so we can go to daddy and daughter dances again we had so much fun I can't wait to hug him and spend time together like we use too.

Me   Daddy

Dear Judge,

My nephew Tyrone Trumbo Jr. is a great person, who cares for others. He loves his children and they love him more than you can imagine. I and the family understand that he made a bad decision that led him into prison. I know he understands what he have to do when he gets out, which is get a job and do the positive things and do the right thing in life when no one is looking. He haves great talent and skills and he haves great family support. Believe that he's not the type of person to be lock up, what I meant by that is, he is a good father, friend, brother, son, and newpher His children needs him home more than ever. Please Judge send Tyrone Trumbo Jr. with his children and family. Thank you for taking the time out to read this letter.

Dear Mr. Judge my son Tyrone Trumbo is a good loving son who really got caught up in the moment, he can cut hair (barber) Bricklayer, and lawn men who I feel deserve another chance at life so could you please give my son another chance to get it right because he is a great young men who is very created, he also a very loving father to his children who definitely needs him the way society is now it really hard on a single

mom to raise a child by herself especially a african american child, it's easy for them to get caught up in the street and even though my son did that he really make sure that his children was staying out of trouble and I know his charges are going to make him seem like bad a person you honor he really a great young men who made a bad choice in life and only God can judge us you honor so please give my son another chance in life to get right Thank you have a Blessed Day.

Dear Judge,

My step Tyrone Trumbo Jr is a great person, who care for his family. He have 4 children that he Love and they Love him.

Tyrone Trumbo Jr Understands that he made some bad decision in his life, I believe now he knows what to do to change his life around

Tyrone Trumbo Jr been working construction with his father since he was 15 years old. Tyrone have had opportunity run his own Job laying blocks and bricks, he is very talent, Loving, caring and supportive,

Thank you for taking the time out to read this letter

Back  Letter to Judge.docx                                Page 1 of 1

10/27/2022

Dear Judge:

My name is Ashleigh Lawson, I am writing you on behalf of Tyrone Trumbo. He is currently Incarcerated at Grayson County Detention Center. I am writing to ask that are lenient on his sentence. Me, and Tyrone share a 10-year-old son named Ashton. He is currently attending the 5th grade at Crum's Lane Elementary School. Ashton has had a major decline in his school academics, as well as his behavior at school since his father has been incarcerated. Ashton was used to spending Thursday through Sunday each week with his father. In this time, he took him to school, and was able to help him with his homework and also take him to

Our son Ashton also has Amblyopia (Lazy eye) in affects his left eye which causes him to be legally blind in that eye. He was first diagnosed with this condition when he was 5 years old, and since then he has gone to over four optometrists. We finally got him into Bowersox Vision center where he attended vision therapy for over a year. He now has to attended regular appointments here. It has been extremely hard for me to take him to these appointments and work my work schedule. I really feel the void of his father not being here to share some of these responsibilities.

Our son will be in Middle School next year this will be a critical time in his development and with him already struggling to cope with his father not being around right now. I ask that you are lenient on Tyrone Trumbo with his sentencing so that he can be given a chance to be a positive role model for our son. Thank you for taking the time to read my letter. I can be reached at 502-930-5270.

Sincerely,

Ashleigh Lawson

Dear Judge

Your honor I want to start by first thank you for taking the opportunity to accept and read over this letter. I want to also first start by telling you about the defendant Tyrone Trumbo which is my brother and his character. Tyrone is my role model in life I can honestly say that only because I never seen someone so passionate about there family and kids as much as he is. Although Tyrone has made this mistake and he's owning up to it that is not his character and not the man he is. Tyrone is the oldest of the four of me and my three sisters. He has always felt the responsibility to have to take care of us and which we grew up in poverty so he was always doing what it takes to make sure we went without food and proper clothing for school. I am not making any excuses for his action but I want to emphasize how important his role mean to his family.

Tyrone just got mixed up with the wrong people but I knew where his heart was and that was his family. Tyrone is a father of two boys and a daughter, this time apart has affected them in a major way in which me as A uncle try to fill that void as much as I can. Tyrone has never took this route before and the one time he did it cost him. The man that stands before you your honor is a hard working family man who has a family that supports and stands behind him. My father has owned a construction

business in the past in which Tyrone has crafted his self as a Brick mason and more with over 20 years experience. He has bid on jobs in the past where he has exceeded more than the customer expectations with these recent jobs. Tyrone is strong minded and also business minded. Construction is his passion. When we have conversation over the phone our dialogue are mostly about him getting back to construction. So I ask your honor to please take this letter and see this man for his characteristics and not the mistake. Tyrone is the Exception and not the rule! I'm asking you to please give him another chance at life and understand reducing him to a 5 year sentence will be deeply appreciated by his family. Giving this opportunity I can promise once released Tyrone will never make this mistake. Once again thank you your honor for accepting this letter.


Your Honor, Tony Trumbo