UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
(electronically filed)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | Criminal Action No. 3:21-cr-125-DJH |
| TYRONE D. TRUMBO, JR. | DEFENDANT |

### DEFENDANT TRUMBO'S SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD VARIANCE

Comes the Defendant, Tyrone Trumbo, through counsel, and offers the following sentencing memorandum for the sentencing scheduled for December 14, 2022. Mr. Trumbo has entered a plea agreement pursuant to Rule 11(c)(1)(C) in this matter. Mr. Trumbo maintains his objections to the PSR prepared for this case. The plea agreement between the parties is for a sentence in the range between 60 and 120 months. The parties have agreed to present arguments at sentencing regarding the appropriate sentence within that range

Mr. Trumbo acknowledges that he is seeking a large downward variance, but believes that a 60-month sentence satisfies the 18 U.S.C. 3553 sentencing factors, and a higher sentence would be greater than necessary to accomplish the goals of sentencing.

As argued in his PSR objections, Mr. Trumbo believes his criminality is very overstated by a Category V Criminal History. Mr. Trumbo has never served time in prison, only in jail – he has never served a substantial sentence. His pre-trial detention in this case has been his longest stint in custody. A 5-year sentence will be sufficient to ensure this 36-year-old union bricklayer with a family never returns to a life of crime. His life only took the turn it did when Mr. Trumbo faced unemployment and an exacerbated addiction due to the Pandemic. It was a perfect storm that led Mr. Trumbo to make a very bad choice. Now he is sober and has been shocked into the

realization of the serious consequences of bad choices. Mr. Trumbo has written a letter to the Court owning his bad choices and reflecting on the path that got him there. His letter demonstrates the lessons he has learned and the growth he has undergone.

Addiction was at the core of Mr. Trumbo's problems. Mr. Trumbo, out of desperation, became a trafficker during COVID. He greatly regrets this decision. During COVID, the construction industry ground to a halt and Mr. Trumbo was laid off. Without the insurance he received through his employment, he was unable to afford his suboxone and Adderall. Mr. Trumbo makes clear in his letter that this is not offered as an excuse, but rather to demonstrate his self-awareness and understanding of the forces at work. Now Mr. Trumbo is sober and will be able to make much better decisions in the future. Mr. Trumbo is a member of the Labor Union Local 576 and looks forward to working with them in the future. Attached to this memorandum is a letter from the owner of TL Harris Construction who affirms that Mr. Trumbo is a valuable asset to his company and has future employment with the company when he is available.

## CRIMINAL HISTORY CALCULATION

Mr. Trumbo's criminal history is a series of 1-and 2-point dings, without any significant incarceration. In the PSR prepared by probation, Mr. Trumbo received five of his criminal history points for conduct in 2011 comprised of a failure to pay child support, an attempt to use a forged prescription to get Lortabs, and possession of marijuana. In 2014, a traffic stop resulted in a search that found less than 4 grams of cocaine in Mr. Trumbo's pocket, leading to another CH point. In 2016, Mr. Trumbo used gaming chips that were not his, for an additional CH point. In 2018, at another traffic stop, Mr. Trumbo had a personal use quantity of heroin on him. Mr. Trumbo has explained that this heroin satisfied his addiction before he got on suboxone. This heroin gave Mr. Trumbo another CH point. In 2019, in a bad moment of stress, which he regrets,

Mr. Trumbo pushed the mother of his children, spit on her, and used a headlock. This was a bad moment that led to one more point of CH. Then, finally, because of the minor domestic violence and the possession of personal use heroin, Mr. Trumbo received 2 extra points due to his probationary status on those two minor cases. Clearly, Mr. Trumbo has fallen on the wrong side of the law a few too many times, but he is not a hardened criminal, as a CH V would suggest. A sentence of five-years would be appropriately serious after the series of small offenses and sentences that have made up Mr. Trumbo's criminal history.

## DOWNWARD VARIANCE

Mr. Trumbo humbly requests he be granted a downward variance to the mandatory minimum in this case. Mr. Trumbo has pled guilty to a trafficking conspiracy that began in October 2020 and lasted thru July 2021. This was the height of the pandemic, during which substance abuse in the United States increased drastically due to heightened levels of financial, social, and emotional stress, coupled with increased difficulty accessing health care resources. Mr. Trumbo had a drug addiction that was being managed through a health care provider. His employment and his access to that health care were shut off during COVID. He, unfortunately, increased his own substance abuse during that time and turned to selling pills as a way to support his family and his addiction. The Confidential source in this case reported to the government that Trumbo had said he was careful to not put in too much fentanyl in the mix pills to avoid people overdosing. Ironically, this dilution of the fentanyl led to an increased weight for Guideline purposes since the entirety of any substance containing a detectable amount of fentanyl is used to calculate the applicable Guideline range – the more diluted, the higher the Guidelines.

A search warrant was executed at Mr. Trumbo's house and at a stash house that was sometimes utilized by Mr. Trumbo. According to the PSR, an additional bag of 16.73 grams of

fentanyl powder was found there. The Guidelines for 16 to 24 g of fentanyl is a level 18. The additional 8 levels in the PSR base level calculation are for 229.84 g of a mixture *containing* fentanyl – not 229.84 grams of fentanyl itself. The Guidelines as currently written punish dilution of fentanyl – this is a bad public policy, and leads to random Guidelines calculations. Mr. Trumbo believes that Level 18, or perhaps 20 (since the % of fentanyl in the 1500 pills is unknown) is more appropriate in this case. This would lead to a 21 or 23 total offense level. With a downward departure in his overstated Criminal History, and a small downward variance in the Level, the statutory minimum of five years is available, and appropriate.

Mr. Trumbo was arrested November 9, 2021 and has spent over a year in the Grayson County Detention Center. This has been over a year of harder time than usual given the COVID shutdown of programs. Mr. Trumbo has been taking advantage of the available AA and NA programming and attending church – the only programming available. As demonstrated in his letter, this year of NA and sobriety has allowed Mr. Trumbo to examine his motivations, obstacles, and options. He is ready to pay his dues and turn his life around. He is ready to continue being the excellent father he has been to his children, and to be completely law-abiding from here on out.

WHEREFORE, given the overstatement of his criminality and the artificially inflated Guideline number, Mr. Trumbo respectfully requests this Court sentence him to the low end of the range contemplated by the plea agreement, which is the statutory minimum, specifically 60 months.

Respectfully submitted,

s/ Rob Eggert
Rob Eggert
600 West Main Street, Suite 100
Louisville, Kentucky 40202

(502) 540-5700
Counsel for Mr. Trumbo

## CERTIFICATE OF FILING

    I hereby certify that on December 5, 2022, the foregoing memorandum was electronically filed with the Clerk of the Court by using the CM/ECF system which will automatically send notice to all attorneys of record.

s/ Rob Eggert
Rob Eggert