Pg.#1

DURING COVID I STAY HOME WITH MY KIDS/FAMILY, I WAS WORKING UP TIL COVID HIT. THEN ONCE COVID HIT MY JOB (Labor Union Local 576) Lay me OFF, AND TOID ME TO FILE For my Uneployment. I WAS TAKING Suboxonne STRIPS Prescribe From my Doctor. Facility Medical Consultants ON Shelbyville Rd. I HAD BENEFIts WITH MY JOB. AND WAS INSURED THREW ANTHEM BIUE SHEILD. AND WAS ABIE TO AFFord CO-PAY For my Prescriptions. Suboxonne strips and adderall 30 mg For ADHD. Once I Lost my Job I DID small Jobs around the community for Local masonry Companys. while Waiting for my uneployment Benefits. Work WAS STILL slower and slower, DUE TO SHUTDOWN. AND COVID WAS'NT GETTING NO BETTER. INFACT WORSER! TO THE POINT WE HAD TO STAY IN THE House and Qoarantine. During THAT TIME I WAS STRESS and Depress. Stuck in THE House with no Job, No money, No MEDICATION AND BEHIND ON MY Bills, WITH A House Full of Spioled Kids. Lol, THATs USE TO ME TAKING THem TO cHurcH, Fishing, BArbershop, Football Practice, School, and the movie theater Call Escape on the Weekends. So With All These Things Going ON AT ONCE, I RElAPSE MENTALLY & PHYSICAlly. AND STARTED GOING OUT IN The STREETS FOR Drugs. (TO COAT MY ADDICTION. AND I FOUND DRUGS. I HAD FRIENDS FROM MY AA/NA/COUSILIN ClASSES CALL ME DAILY TO CHECK UP ON ME. BUT BY THAT TIME IT WAS TO LATE. I WAS BACK ON OPIATES! SO NOW THAT I HAVE MY DRUG OF CHOICE, I STAYED HOME WITH THE KIDS While

Pg #2  my Fiance Shameeka Searcy went to work. At this time she was working for the U.S. Postal Service. I would cook, clean and help the kids with the school/homework Daily. (NTI) So I took that TIME OUT TO learn my kids and work on parenting. Andy Beshear Said on the NEWS take time out to learn and spend it with your Love ones. So that's what i DID. MY KIDS NEVER KNEW THAT I HAD A DRUG ADDICTION. MEANwhile As TIME PASS; MY DRUG ADDICTION STARTED GETTING Worse. THAN MY FIANCE GOT LAID OFF HER JOB, (U.S. Postal service). So I though to myself I need to Pray. So A few weeks later my other Childs mother Call me Crying, Saying Our son Ashton Trumbo has been to the doctor and they said he's blind IN ONE EYE. At This TIME I Felt hopeless. Expecially with The state UnDer EMerGENCY. So I would THAN USE More and More Drugs TO COAT THE PAIN, BUT I Still HAD TO FACE REALITY DAILY. SO I Fell victim TO THE STREETS. NOW I Lay HERE IN MY BED AT Grayson County Detention Center Thinking About Everything I DID WRONG IN MY Life. BEING SOBER FOR 16- MONTHS JUST LET ME KNOW I Fail MY KIDS, I Fail Society, and I Fail MySelF, IM NOT GOING TO BlAME OR POINT The FINGER For My MISTAKES /ACTIONS. IM GOING TO Grow AND learn From them. I ASK GOD TO ForGive ME From MY SINS, and forgive me For MY SINS. AND TO WATCH OVER MY FAMILY AND KIDS, AND KEEP Them SAFE. 16 MONTHS AGO I WAS LOST, IMMATURE AND SELFISH. I NOW REALIZE when You break The LAW There's Consequences. Ive Never DID NO More Than 6 MONTHS

Pg #3

of custody to understand that. But know I do clearly!!! I now understand what life is really about. And its not about drugs, social media, cars and sin. Life is about love. Life is about learnig, understanding and giving. And taking care of your family. And raising your chillorein to be the best they can be. So your chilldren wan't go threw what us parents go threw. I tell all my chilldren daily, daddy loves you and daddy will be home soon, im just getting my mind togather for yah. And keep doing your chores and listen to mom. Since Ive been incacerated im around criminals everyday and they tell me, Jail is not for you...LoL, your a family man. And you need to learn from this mistake and get out of here because those baby's need you. Expecially those boys. Those boys need there father in there life rite now more than ever. Expecially with all the foolisheness thats going on in your city rite now. I can honestly say Ive learned my lesson. And thats a promise. Jail is not for me. I really feel embarese. Im embarese because everyone in this facility is young, and im the oldest. But imma just keep guiding/teaching the youth, the diffrence between rite and wrong. Because majority of them or lost. I often ask myself with a sober mind, where would I be rite now if I wasn't incacerated? Then I anwser, to be honest probally dead! So now I thank god for setting me down to understand what's really inportant and who really in control. I now have a second chance at life to be a great husband and great dad. To teach the youth the diffrence between rite and wrong. And

Pg # 4

Guide my chilldren the rite direction. To Be a civilize citizen, AND Further my education and do whats rite by the law, family and neibors. I Now Ask My MOM AND DAD how did they stay out of trouble for so long? AnD they're response was son the same anwser we been telling you since you were a Kid/child. Saround yourself around positave people. My DAD use to Tell Me SON you can always tell how far a person is going to go In Life by the company they keep! NOW I UNDerSTAND Everything HE WAS SAYING. SMH... Now IAM GOING TO CUT This Letter short and say I Tyrone Demont Trumbo. Jr Will Never EVER COMMITT NOR BREAK The LAW OR USE/ABUSE DRUGS EVER AGIAN. THATS MY Promise/WORD. MY Plan's For the future is to Finush My Time, Pick up more TRADES, Start MY Buisness, AND RAISE MY KIDS TO BE The Best They CAN BE. They are the future. They are my future. And they did not ask to be here/Nor suffer because of my selfisheness. Its Not about Me anymore. I owe my Life to them.

GOD Bless