[Type text]



**I**n regards to: **MR. TYRONE TRUMBO JR.**

**D**ear Sir or Madam:

**T**his letter is to inform you of Mr. Trumbo's employment with TL HARRIS CONSTRUCTION llc.  He has been employed with the company for well over 10 years. We have completed numerous jobs though out the state of Kentucky and Indiana. He genially is available and there to work with us. He most definitely is an asset to the company.

Mr. Trumbo can definitely come to work with my company in the future. I look forward to working with him in the future. We have more things to accomplish.

**I**f there are any questions concerning his employment, please feel free to contact **TL Harris Construction** at the number listed below.

**T**hank you,

**Terrell Harris**

**O**wner/CEO

*TL HARRIS CONSTRUCTION LLC*

*Cell (502) 294-5376*

*4707 Ferrer Way*

**LOUISVILLE, KENTUCKY 40299**

*"Where quality begins!"*

[Type text]