# UNITED STATES DISTRICT COURT
## Western District of Kentucky
### EXHIBIT INVENTORY

CASE NUMBER: 3:21-CR-00125-DJH
STYLE OF CASE: USA v. Tyrone Trumbo

Received from: D. Legg          Received by: [signature]          Date: 3/13/23

PROCEEDINGS: **Sentencing (12/14/22)**

Plaintiff's:
1A through F – photos
2A through B – photos

Defendant's:

**FILED**
JAMES J. VILT, JR. - CLERK
MAR 13 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

DISPOSITION OF EXHIBITS:
ITEMS: _____
RECEIVED BY: _____  DATE: _____
RETURNED BY: _____  DATE: _____
ITEMS: _____
RECEIVED BY: _____  DATE: _____
RETURNED BY: _____  DATE: _____

OTHER DISPOSITON: _____
DATE: _____  RETURNED BY: _____  Deputy Clerk