**FILED**

JAMES J. VILT, JR. - CLERK

NOV 1 3 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

In the United States District Court For The Western District of Kentucky

United States of America
Plaintiff

3:21-Cr-00125-DJH-1
Criminal Case Number.

V.S.

Tyrone D. Trumbo. JR
Defendant

MOTION For application for a Grant of a sentence reduction Pursuant to 18-USC-3582(C)(2) based Upon the retroactivity within the 2023 (USSG) Sentencing Guidelines Amendment's.°

Claim: MY CRIMINAL History CATegory Points are NO-Longer LawFul Based upon the retroactive Amendments.

Supporting Facts: AS OF NOV 1, 2023 The United States District Court has been Granted the JudicaL Power To Recive any Inmates MOTION Pursuant to 18-USC-3582(C)(2) application For a Sentencing.

(TRUE BILL)

Page 1 oF 4

Reduction and or the Grant of "Compassionate Release" based upon the (USSG) United States Sentencing Guidelines Amendment's to which + 2 Points Was Provided For: 4A1.1 Criminal History Category (d) Add 2 Points IF the defendant Committed the Instant offense while under any Criminal Justice sentence, Including probation, parole, supervised release, Imprisonment, work-Release or escape status:

To Which Caused me to being Placed within Criminal History Category ( V ) And with ( 31 ) Base offense points.

The Defendant hereby moves This Honorable Court to Grant a Reduction of Sentence Pursuant to 18-USC-3582 (c)(2) And the Retroactive (USSG) United states Sentencing Guidelines Amendment Effective Immediately Nov 1, 2023, The Court is Now with Full Capacity to grant a reduction of Sentence IN Harmony with The New Guidelines And the Court Also HAS the Absolute Power to grant any other Relief up and Included within a Federal Sentence, based Upon

(TRUE BILL)

Page 2 of 4

THE EQUITY SIDE OF THE COURT
"IN the interest of Justice"

The Court has been Vested within the Power to
Investigate Into a Defendant's Sentence in Order
to determine as to whether (relevant conduct)
was applied in order to upward-Inhance a
Defendant's Sentence and place their Criminal
History / Base offense at a "particular" offense
Level which as of Nov 1, 2023 Is NO-Longer LAWFul
Per the retroactive (UssG) United States Sentencing
Guidelines Amendments:

Requested Relief: The court shall Be so pleased
to Proceed in the Offices; To TAKE Judical Notice
of the (UssG) United States Sentencing Guidelines
Amendment's Effective Nov 1, 2023 Retroactivity;
with The Doctrine ON EQUITY in mind, GRANT This
Defendant a 2 point's CRIMINAL History CAtegory
Reduction, AND ALL Other avalible Remedy which
Justice shall Require.


(TRUE BILL)


Page 3 of 4

Certificate of Service

THis MOTION FOR A Sentence REDUCTION
Pursuant TO 18-USC-3582(C)(2) WAS PlAced
IN The US MAil Per the Institution MAil BOX
Rule, ON mondAy, 11·6·23 @ 7:58AM  TO Be
DiliVerd TO THE clerk OF THE COURT IN The US
DISTRICT COURT:

DeFendants Return
ADDRESS
Tyrone Trumbo·Jr /72401-509
United states Penitentiary,
Big Sandy P.O. Box 2068
Inez, Kentucky, 41224
name & address & signature
OF Defendant:

respondants Return Address

(TRUE BILL)

Page 4 OF 4

INMATE NAME: Tyrone Trumbo-Jr
REGISTER # 72401-509
UNITED STATES PENITENTIARY, BIG SANDY
P.O. BOX 2068
INEZ, KY. 41224

CHARLESTON WV 250
9 NOV 2023 PM 3 L

Clerk of Courts
Federal Building
601 W. Broadway
Louisville, Kentucky
40202

**FILED**
JAMES J. VILT, JR. - CLERK

NOV 13 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

40202-222731