FILED
JAMES J. VILT, JR. - CLERK
DEC - 6 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Sunday 12/3/23

Dear Court Clerk,

I Tyrone Trumbo Jr requesting a copy of my plea-agreement. I am incarcerated at united states penitentiary Big Sandy Inez, Kentucky. My CASE # is 3:21-CR-125-1-DJH, My Federal Inmate # is 72401-509. I am working on a case law for myself and was told I can have a copy of my plea-Agreement from the Courts. Can you send me a copy please.

Thank you.

Tyrone Trumbo - Jr
72401-509

INMATE NAME: Tyrone Trumbo, Jr
REGISTER # 72401-509
UNITED STATES PENITENTIARY, BIG SANDY
P.O. BOX 2068
INEZ, KY. 41224

CHARLESTON WV 250
4 DEC 2023 PM 2 L



FILED
JAMES J. VILT, JR. - CLERK
DEC - 6 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Court Clerk
601 W. Broadway
Louisville Kentucky
40202

40202-223899